IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR JOYAL BARKER, ) | |
| ID # 1290750, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:09-CV-0729-K |
| ) | |
| NATHANIEL QUARTERMAN, ) | |
| Director, Texas Department of ) | |
| Criminal Justice, Correctional ) | |
| Institutions Division, ) | |
|     Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Petitioner's Objections to the Findings, Conclusions and Recommendations of the Magistrate Judge, filed on May 7, 2009, are hereby **OVERRULED**.  Further, Petitioner's Motion to Proceed *in forma pauperis*, filed on May 7, 2009, is hereby **DENIED** as MOOT.

    SIGNED this 11th day of May, 2009.

*Ed Kinkeade*
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**